AMERICAN FABRICS CO. *v.* UNITED STATES

**No. 4786.**—Invoices dated Swatow, China, September 2, 1937, etc.
Certified September 6, 1937, etc.
Entered at Bridgeport, Conn., October 18, 1937, etc.
Entry No. 186, etc.

(Decided March 13, 1940)

*John R. Rafter* (*Harry M. Farrell* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

**No. 4787.**—Invoices dated Shanghai, China, November 17, 1938, etc.
Certified November 19, 1938, etc.
Entered at Bridgeport, Conn., January 10, 1939, etc.
Entry No. 346, etc.

(Decided March 13, 1940)

*John R. Rafter* (*Harry M. Farrell* of counsel) for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the prices at which such or similar merchandise to that here involved was freely offered for sale to all purchasers in the principal markets of China, for exportation to the United States, in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930, are the values found by the appraiser, less any amount added under duress.

On the agreed facts I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.